# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| DEVLIN'S POINTE APARTMENTS, | : | No. 97 WAL 2016 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| | : | |
| AMBROSIO ROUSE/IDENTIFIED AS | : | |
| AMBROSIA ROUSE, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 27th day of July, 2016, the Petition for Allowance of Appeal and Application for Injunctive Relief are **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.